IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>EUGENIA WINSTON,<br>Defendant. | **INDICTMENT**<br><br>CRIMINAL NO. 2016-  57<br><br>Cts. 1-31: 18 U.S.C. § 876(c)<br>(Mailing a Threatening Communication)<br><br>Ct. 32: 18 U.S.C. § 876(c)<br>(Mailing a Threatening Communication to a United States Judge)<br><br>Cts. 33-64: 18 U.S.C. § 1038(a)(1)<br>(False Information and Hoax) |
|---|---|

The Grand Jury charges that:

## COUNTS 1-31
*(Mailing a Threatening Communication: 18 U.S.C. § 876(c))*

On or about August 30, 2016, within the District of the Virgin Islands, the Division of St. Thomas and St. John, the defendant,

**EUGENIA WINSTON,**

knowingly did deposit or cause to be deposited in an authorized depository for mail, to be sent and delivered by the Postal Service, a communication dated on or about August 30, 2016, addressed to certain addresses in St. Thomas, United States Virgin Islands, containing a white powder intended to be a threat, with each individual addressee of such a communication constituting a separate count of this Indictment:

| COUNT | ADDRESSEE | DATE POSTMARKED |
|---|---|---|
| 1 | L.S. | 8/30/2016 |
| 2 | B.C. | 8/29/2016 |
| 3 | D.P. | 8/30/2016 |
| 4 | M.T. | 8/29/2016 |

| COUNT | ADDRESSEE | DATE POSTMARKED |
|---|---|---|
| 5 | L.C. | 8/29/2016 |
| 6 | R.M. | 8/29/2016 |
| 7 | K.R. | 8/29/2016 |
| 8 | T.M. | 8/29/2016 |
| 9 | A.P. | 8/29/2016 |
| 10 | J.B. | 8/29/2016 |
| 11 | C.H. | 8/29/2016 |
| 12 | R.M. | 8/29/2016 |
| 13 | T.T. | 8/29/2016 |
| 14 | F.G. | 8/29/2016 |
| 15 | S.H. | 8/29/2016 |
| 16 | L.A. | 8/29/2016 |
| 17 | B.C.L.O. | 8/30/2016 |
| 18 | D.J. | 8/29/2016 |
| 19 | C.S. | 8/30/2016 |
| 20 | T.A. | 8/29/2016 |
| 21 | B.F. | 8/29/2016 |
| 22 | A.F. | 8/29/2016 |
| 23 | N.R. | 8/30/2016 |
| 24 | J.F. | 9/2/2016 (date recovered) |
| 25 | S.L. | 8/29/2016 |
| 26 | E.P. | 8/29/2016 |
| 27 | E.G. | 8/29/2016 |
| 28 | R.P. | 8/29/2016 |
| 29 | S.B. | 8/29/2016 |
| 30 | V.C. | 8/29/2016-9/2/2016 |
| 31 | S.K. | 8/29/2016-9/2/2016 |

In violation of Title 18, United States Code, Section 876(c).

## COUNT 32
*(Mailing a Threatening Communication to a United States Judge: 18 U.S.C. § 876(c))*

On or about August 30, 2016, within the District of the Virgin Islands, the Division of St. Thomas and St. John, the defendant,

## EUGENIA WINSTON,

knowingly did deposit or cause to be deposited in an authorized depository for mail, to be sent and delivered by the Postal Service, a communication dated on or about August 30, 2016, addressed to R.M., who is a United States Magistrate Judge, at an address within St. Thomas, United States Virgin Islands, containing a white powder intended to be a threat, in violation of Title 18, United States Code, Section 876(c).

## COUNTS 33-64
*(False Information and Hoax: 18 U.S.C. § 1038(a)(1))*

On or about August 30, 2016, within the District of the Virgin Islands, the Division of St. Thomas and St. John, the defendant,

## EUGENIA WINSTON,

knowingly did engage in conduct with the intent to convey false and misleading information, under circumstances where such information might reasonably be believed, and where such information indicated that an activity had taken place that would constitute a violation of Title 18, United States Code, Section 175, namely that defendant knowingly mailed an envelope containing a white powder with the intent to convey the false and misleading information that the powder contained a biological agent and toxin, with each individual addressee of such information constituting a separate count of this Indictment:

| COUNT | ADDRESSEE |
|---|---|
| 33 | L.S. |
| 34 | B.C. |
| 35 | D.P. |
| 36 | M.T. |
| 37 | L.C. |
| 38 | R.M. |
| 39 | K.R. |
| 40 | T.M. |
| 41 | A.P. |
| 42 | J.B. |
| 43 | C.H. |
| 44 | R.M. |
| 45 | T.T. |
| 46 | F.G. |
| 47 | S.H. |
| 48 | L.A. |
| 49 | B.C.L.O. |
| 50 | D.J. |
| 51 | C.S. |
| 52 | T.A. |
| 53 | B.F. |
| 54 | A.F. |
| 55 | N.R. |
| 56 | J.F. |
| 57 | S.L. |
| 58 | E.P. |
| 59 | E.G. |
| 60 | R.P. |
| 61 | S.B. |
| 62 | V.C. |
| 63 | S.K. |
| 64 | R.M. |

In violation of 18 U.S.C. Section 1038(a)(1).

The Grand Jury returned a TRUE BILL

RONALD W. SHARPE
UNITED STATES ATTORNEY

By: _____ FOR
DAVID WHITE
ASSISTANT UNITED STATES ATTORNEY

DISTRICT OF THE VIRGIN ISLANDS: December 20, 2016.

Returned into the District Court by Grand Jurors and filed.

_____
GEORGE CANNON
MAGISTRATE JUDGE